Arthur MANN v. STATE.

4 Div. 222.

Court of Appeals of Alabama.

Dec. 17, 1935.

Cope & Cope, of Union Springs, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed by appellant.

Leonard MARBURY v. STATE.

5 Div. 10.

Court of Appeals of Alabama.

Nov. 24, 1936.

RICE, Judge.

Appeal dismissed.

Edgar MARLER v. STATE.

4 Div. 240.

Court of Appeals of Alabama.

April 7, 1936.

SAMFORD, Judge.

Affirmed.

George MARSH v. STATE.

4 Div. 139.

Court of Appeals of Alabama.

Nov. 12, 1935.

BRICKEN, Presiding Judge.

Appeal dismissed.

Alvie MARTIN v. STATE.

4 Div. 247.

Court of Appeals of Alabama.

March 16, 1937.

SAMFORD, Judge.

Affirmed.

Buck MARTIN v. STATE.

8 Div. 330.

Court of Appeals of Alabama.

May 26, 1936.

RICE, Judge.

Affirmed.

Donald MARTIN v. STATE.

8 Div. 457.

Court of Appeals of Alabama.

Jan. 26, 1937.

BRICKEN, Presiding Judge.

Appeal dismissed.